MARTIN, Appellant, v. MARTIN, Respondent. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Helen Martin against Michael J. J. Martin. No opinion. Order affirmed, without costs.

MARTIN, Respondent, v. PULLMAN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by James Martin against the Pullman Company. No opinion. Motion for leave to appeal to Court of Appeals (from 136 N. Y. Supp. 1141) denied, with $10 costs.

MAY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by John H. May, as administrator, etc., of Charles Nelson May, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs, on the authority of May v. New York Central & Hudson River Railroad Co., 137 App. Div. 7, 121 N. Y. Supp. 791. See, also, 139 App. Div. 933, 124 N. Y. Supp. 1121.

MAY v. MAY. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Susie G. May against Lewis A. May. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MAYER, Respondent, v. HEINZE, Appellant, et al. (two cases). (Supreme Court, Appellate Division, First Department. November 1, 1912.) Actions by Jacob Mayer against Roth N. Heinze, impleaded with others, and by Jacob Mayer against Ada L. Heinze. F. Bien, of New York City, for appellant. B. N. Cardozo, of New York City, for respondent. No opinion. Judgments and orders affirmed, with costs. Orders filed.

MAZZULA v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Vincenzo Mazzula, as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

KRUSE, J., dissents.

MEHL, Appellant, v. W. E. UPPERGROVE CIGAR BOX LUMBER CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Charles E. Mehl, as administrator, etc., of Richard Gray, deceased, against the W. E. Uppergrove Cigar Box Lumber Company. No opinion. Order affirmed, with $10 costs and disbursements.

MEHRBACH v. J. J. WHITE MFG. CO. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Albert I. Mehrbach against the J. J. White Manufacturing Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 136 N. Y. Supp. 1141.

In re MERRILL et al. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) In the matter of the judicial settlement of the accounts of Susie Merrill and Diar Baker as administrators, etc., of Orson A. Van Alstine, deceased.

PER CURIAM. A decision having been handed down by this court on the 27th day of June, 1912 (136 N. Y. Supp. 884), and upon notice of an application to make findings and allow costs, thereby modifying said decision, it is ordered that said decision be amended and modified, by allowing to the special guardian costs of the appeal, to be taxed to be paid out of the fund belonging to Clara Van Alstine and Lulu Van Alstine, and by adding thereto the four findings of fact attached to the notice of motion herein. The following findings of fact are reversed, so far as they are in conflict herewith, to wit: The second, twelfth, thirteenth, fourteenth, and fifteenth.

HOUGHTON, J., dissents. LYON, J., not sitting.

METROPOLITAN TRUST CO. OF NEW YORK, Appellant, v. MOORE, Respondent. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by the Metropolitan Trust Company of New York against James A. Moore. H. Parsons, of New York City, for appellant. C. W. Lucas, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 137 N. Y. Supp. 1129.

METROPOLITAN TRUST CO. v. MOORE. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by the Metropolitan Trust Company against James A. Moore. No opinion. Motion denied, with $10 costs. Order filed. See, also, 137 N. Y. Supp. 1129.

METZGER, Respondent, v. KNOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Charles E. Metzger against Edward M. Knox and others. No opinion. Order (77 Misc. Rep. 271, 136 N. Y. Supp. 681) affirmed, with $10 costs and disbursements.

MEYER, Respondent, v. WILCOX, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Gustav Meyer against Clayton H. Wilcox. No opinion. Interlocutory judgment (136 N. Y. Supp. 337) affirmed, with costs.

MICHIGAN FRUIT EXCH., Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by the Michigan Fruit Exchange against Charles A. Hall. No opinion. Judgment affirmed, with costs.